# Court of Appeals, State of Michigan

## ORDER

City of Allen Park v Estate of Chester O. Gerisch

Docket No.    334969

LC No.        16-001916-CZ

Michael J. Talbot
Presiding Judge

Stephen L. Borrello

Michael J. Riordan
Judges

The Court orders that the December 19, 2017 opinion is hereby AMENDED to correct a clerical error. On page three, last paragraph, the second sentence is amended to read: Defendant, having prevailed in full, may tax costs.

In all other respects, the December 19, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 20 2017
Date

Chief Clerk